JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Christophe Ivins )   CV 13-0067 ABC (CWx)
            )
        Plaintiff(s),   )   ORDER OF DISMISSAL WITHOUT
            )   PREJUDICE FOR LACK OF
            )   PROSECUTION
    vs      )
            )   (Pursuant to Local Rule 41)
Ivins C Inc., et al. )
            )
        Defendant(s). )

On July 22, 2013 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than August 2, 2013.

Plaintiff attempted to e-file a response on July 31, 2013 but it was stricken

No further response having been e-filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: October 17, 2013

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE